IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Starsha Sewell

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

John Howard

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. GJH 18Cv95

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

Notice of Removal 28 USC 1443
From Court of special Appeals
8:17-CV01439PJM

# NOTICE OF REMOVAL
## 28 USC 1443

State Case No. 2236
September term 2011

RaceBased hate crimes & Extrinsic Fraud under 18 USC 1519.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Starsha Sewell
Street Address: P.O. Box 7073
City and County: Capitol Heights, MD 20791
State and Zip Code:
Telephone Number: N/A
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: John Howard
Job or Title (if known):
Street Address:
City and County: N/A
State and Zip Code:
Telephone Number:
E-mail Address (if known):

2

Defendant No. 2

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*The Court of special Appeals from September 17, 2012 to present has failed to enforce the remand order from this court. Hence this action is being removed under 28 USC 1443 on the basis of 18 USC 15 Fraud concealment and race based hate crimes.*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __US__, is a citizen of the State of *(name)* __Maryland__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* __NA__, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* __US__, is a citizen of the State of *(name)* __Maryland__. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* __N/A__, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__N/A__

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

---

Comes Now, Starsha Sewell, M.ED., Pro Se with her complaint showing this court that the Court of Special Appeals, The Court of Appeals and the Prince George's County Circuit Court has yet again established through collective actions filed by Sewell, African American, Christian Woman; that her rights cannot be enforced in the State of Maryland due to its vested interest in concealing Mortgage Fraud of Tom Dore, et.al, Universal Title, and Fidelity National Financial. On or About September 18, 2012, this court remanded an action containing civil and domestic elements involving the Plaintiff in this action, who was the Defendant in both State actions at issue, which were properly removed from the State of Maryland before this court, but were remanded to the State Courts under a statue that is only applicable to civil actions; and is not at all relevant to Civil Rights Actions removed from the State of Maryland under 28 USC 1443.

With this, the Plaintiff now files her complaint reopening this action to be heard under the appropriate statue; primarily because the Court of Special Appeals, The Court of Appeals and the Prince George's County Circuit Court has established its intent to engage in RICO Act obstructions of Justice in Matters filed by the Plaintiff, because they are clearly racially prejudice towards the Plaintiff and also, because they have a vested interest in concealing mortgage fraud of the Maryland Community Development and Housing Administration who engaged in the theft of the Plaintiff's property utilizing the judicial machinery five months after the Plaintiff's Lender was forfeited by the State of Maryland. - See Exhibits A, B +C.

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I want my civil rights action to be heard under 28 USC 1443 on the basis that I am the Defendant in this action and my rights cannot be enforced in the State due to Fraud Concealment + Racial Injustice.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __27__, 20_17_

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff _____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _N/A_
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
Email Address _____